# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MADONNA AUFFANT**

vs.                              **CASE NUMBER: 1:05-CV-328 (NPM)**

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**


**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

That the final decision of the Commissioner is hereby REVERSED and REMANDED for further consideration consistent with this Order. The Commissioner's motion for judgment on the pleadings is DENIED.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 23rd day of March, 2009.


DATED: March 23, 2009

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk